UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M QUEER EMPOWERMENT COUNCIL,<br><br>*Plaintiff*,<br><br>v.<br><br>WILLIAM "BILL" MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. "RANDY" BROOKS, JAY GRAHAM, MICHAEL A. "MIKE" HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, and CAGE SAWYERS in their official capacities as members of the Board of Regents of the Texas A&M University System; JOHN SHARP, in his official capacity as Chancellor of the Texas A&M University System, and MARK A. WELSH III, in his official capacity as President of Texas A&M University,<br><br>*Defendants*. | CASE NO. 4:25-cv-992 |

## DEFENDANTS' NOTICE FOR APPEAL

Defendants WILLIAM MAHOMES, ROBERT L. ALBRITTON, DAVID C. BAGGETT, JOHN W. BELLINGER, JAMES R. BROOKS, JAY GRAHAM, MICHAEL A. HERNANDEZ III, MICHAEL J. PLANK, SAM TORN, AND CAGE SAWYERS, in their official capacities as members for the Board of Regents of Texas A&M University System; JOHN SHARP, in his official capacity as Chancellor of Texas A&M University, and MARK A. WELSH III, in his official capacity as President of Texas A&M University, appeal this Court's Order entered on March 24, 2025, to the United States Court of Appeals for the Fifth Circuit. *See*, Memorandum and Opinion, ECF No. 24, and Order of

Preliminary Injunction, ECF No. 25. The granting of preliminary injunction is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

| | |
|---|---|
| Dated March 28, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General | RYAN G. KERCHER<br>Chief, Special Litigation Division<br>Texas Bar No. 24060998<br>SDTX No. 882329 |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Zachary Berg<br>ZACHARY BERG<br>Special Counsel<br>Tex. State Bar No. 24107706<br>SDTX No. 3481711 |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | |
| RYAN D. WALTERS<br>Deputy Attorney General for Legal Strategy | MARK A. CSOROS<br>Assistant Attorney General<br>Texas State Bar No. 24142814<br>SDTX No. 3896171 |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone.: (512) 463-2100<br>zachary.berg@oag.texas.gov<br>mark.csoros@oag.texas.gov<br>ryan.kercher@oag.texas.gov |
| | COUNSEL FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 28, 2025, and that all counsel of record were served by CM/ECF.

/s/Zachary Berg
ZACHARY BERG