# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 27, 2025
Lyle W. Cayce
Clerk

No. 25-20108

---

Texas A&M Queer Empowerment Council,

                   *Plaintiff—Appellee*,

*versus*

William Mahomes, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Robert L. Albritton, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; David C. Baggett, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; James R. Brooks, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; John W. Bellinger, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Jay Graham, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Michael A. Hernandez, III, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Michael J. Plank, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Sam Torn, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Cage Sawyers, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; John Sharp, *in his official capacity as Chancellor of the Texas A&M University System*; Mark A. Welsh, III, *in his official capacity as President of Texas A&M University*,

                   *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-992

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion to stay the appeal pending the final rulings in 23-10994, Spectrum WT v. Wendler, and 23-20480, Woodlands Pride v. Paxton, is GRANTED.

*Leslie H. Southwick*
_____
Leslie H. Southwick
*United States Circuit Judge*