# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 27, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-20108 Texas A&M Queer Empower v. Mahomes
USDC No. 4:25-CV-992

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638

Mr. Jacob C. Beach
Mr. Zachary Berg
Mr. JT Morris
Mr. Nathan Ochsner
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman