**No. 25-20108**

# In the United States Court of Appeals for the Fifth Circuit

TEXAS A&M QUEER EMPOWERMENT COUNCIL,

*Plaintiff-Appellee*,

*v.*

WILLIAM MAHOMES, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; ROBERT L. ALBRITTON, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; DAVID C. BAGGETT, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; JAMES R. BROOKS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; JOHN W. BELLINGER, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; JAY GRAHAM, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; MICHAEL A. HERNANDEZ, III, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; MICHAEL J. PLANK, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; SAM TORN, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; CAGE SAWYERS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF REGENTS OF THE TEXAS A&M UNIVERSITY SYSTEM; JOHN SHARP, IN HIS OFFICIAL CAPACITY AS CHANCELLOR OF THE TEXAS A&M UNIVERSITY SYSTEM; MARK A. WELSH, III, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF TEXAS A&M UNIVERSITY,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division

# UNOPPOSED MOTION TO EXTEND THE TIME TO FILE BRIEF FOR APPELLANTS

Ken Paxton
Attorney General of Texas

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

William R. Peterson
Solicitor General

William F. Cole
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

Christopher J. Pavlinec
Assistant Attorney General

*Counsel for Defendants-Appellants*

In accordance with Federal Rule of Appellate Procedure 27, Defendants-Appellants move for a 39-day extension of time to file their Appellants' Brief in the above-captioned case. In support thereof, Appellants show the Court as follows:

**1.** In April 2025, this appeal was docketed in this Court. Dkt. 1. But because two appeals raising related issues were already pending in this Court, Appellants sought and received an abatement of the appeal. Dkts. 20, 28. Following issuance of the mandate in those two related cases, *see Woodlands Pride v. Paxton*, 168 F.4th 293 (5th Cir. 2026); *Spectrum WT v. Wendler*, No. 23-10994, 2026 WL 184215 (5th Cir. Jan. 20, 2026), on April 7, 2026, this Court issued an order resuming briefing. Dkt. 44. Appellants' Brief is now currently due on May 18. Appellants respectfully request that the Court extend that deadline by 39 days, to Friday, June 26, 2026.

**2.** This request is not made for purposes of delay but to allow counsel for Appellants adequate time to acquaint themselves with the record, analyze the district court's opinion, and prepare a brief that will be helpful to the Court. An extension is also necessary due to multiple engagements by Appellants' counsel that have required or will require significant attention since the resumed briefing schedule issued. Those obligations include:

- a response to a petition for writ of mandamus in *In re Vasquez*, No. 25-1144 (Tex.), filed in the Supreme Court of Texas on April 13, 2026;
- assisted with oral argument preparation in *Muth v. Cook Children's Health Plan*, No. 15-24-00114-CV (Tex. App.—15th Dist.), which was presented to the Texas Court of Appeals for the Fifteenth Judicial District on April 23;

- assisted with oral argument preparation in *La Union del Pueblo Entero v. Abbott*, No. 25-50246 (5th Cir.), which was presented to this Court on April 30;
- a reply in support of a petition for a writ of certiorari in *Guerrero v. Johnson*, No. 25-1003 (U.S.), due to be filed in the United States Supreme Court on May 8;
- assisting with oral argument preparation in *Texas v. Blanche*, No. 24-10386 (5th Cir.), which will be presented to the en banc Court on May 12;
- a brief in opposition to petitions for writs of certiorari in *La Union del Pueblo Entero v. Paxton*, Nos. 25-904, 25-916 (U.S.), due to be filed in the United States Supreme Court on May 20;
- the appellee's brief in *State of Texas v. Oz*, No. 25-40766 (5th Cir.), which is due to be filed in this Court on June 3;
- assisting with oral argument preparation in *USA v. State of Texas*, No. 25-10898 (5th Cir.), due to be presented to this Court on June 4.

In addition to briefing and argument obligations, undersigned counsel has numerous prelitigation, oversight, and managerial responsibilities and continues to be staffed on other public and private litigation and advisory matters throughout the Office of the Attorney General.

Finally, undersigned counsel will be on paternity leave during the month of May, which overlaps with the time to file the Appellants' Brief in this case.

**3.** This extension is also sought because the parties will soon be filing a joint petition for initial hearing en banc in this appeal and in *Spectrum WT v. Wendler*, No. 26-10127 (5th Cir.). Should the Court grant the petition, it may obviate the need for panel-stage briefing in this case.

**4.** This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this request for an extension of time is granted. This is Appellants' first request for an extension of this deadline, and Appellee is unopposed.

## Conclusion

For these reasons, Appellants request that the Court grant a 39-day extension of the time to file the Appellants' Brief, making a new deadline of June 26, 2026.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

WILLIAM R. PETERSON
Solicitor General

/s/ William F. Cole
WILLIAM F. COLE
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

CHRISTOPHER J. PAVLINEC
Assistant Attorney General

*Counsel for Defendants-Appellants*

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 633 words; and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count). *See* Fed. R. App. P. 27(d)(1)(E).

/s/ William F. Cole
William F. Cole

## Certificate of Conference

On April 29, 2026, I conferred with JT Morris, counsel for Plaintiff-Appellee, and he stated that Appellee is not opposed to this motion.

/s/ William F. Cole
William F. Cole