# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 30, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-20108 Texas A&M Queer Empower v. Mahomes
USDC No. 4:25-CV-992

The court has granted in part an extension of time to and including June 17, 2026 for filing appellants' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: ____________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Zachary Berg
Mr. William Francis Cole
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman