# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 9, 2026
Lyle W. Cayce
Clerk

No. 25-20108

Texas A&M Queer Empowerment Council,

*Plaintiff—Appellee*,

*versus*

William Mahomes, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Robert L. Albritton, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; David C. Baggett, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; James R. Brooks, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; John W. Bellinger, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Jay Graham, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Michael A. Hernandez, III, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Michael J. Plank, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Sam Torn, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Cage Sawyers, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; John Sharp, *in his official capacity as Chancellor of the Texas A&M University System*; Mark A. Welsh, III, *in his official capacity as President of Texas A&M University*,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-992

ORDER:

IT IS ORDERED that Appellants' unopposed motion for an extension of 30 days, or, to and including July 17, 2026, to file the appellants' brief is GRANTED.

*Leslie H. Southwick*

LESLIE H. SOUTHWICK
*United States Circuit Judge*