# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 22, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-20108 Texas A&M Queer Empower v. Mahomes
USDC No. 4:25-CV-992

Dear Counsel,

Enclosed is the court's order filed this date directing this case be heard en banc with oral argument.

The date and time of oral argument will be announced at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

Parties are to adhere to the following expedited briefing schedule: Appellants will have until July 17, 2026 to file their brief and Appellee's brief is due August 17, 2026. Any reply brief is due on August 31, 2026. The parties are advised that no extensions of time will be granted.

You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed.

Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Peter A. Conners, Deputy Clerk
504-310-7685

Mr. Zachary Berg
Mr. William Francis Cole
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman