

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

WILLIAM F. COLE
Principal Deputy Solicitor General

(512) 936-1700
William.Cole@oag.texas.gov

June 26, 2026

**Via CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

  **Re:    No. 25-20108,** *Texas A&M Queer Empowerment Council v. Mahomes*

Dear Mr. Cayce:

  I write to notify the Court that several appellants in this case have ceased to hold the public offices they previously occupied and, pursuant to Federal Rule of Appellate Procedure 43(c)(2), their successors-in-office should be "automatically substituted as a party." Those appellants include:

- Michael J. Plank and Cage Sawyers, sued in their official capacities as members of the Board of Regents of the Texas A&M University System, have since been succeeded as Regents by Kelley Sullivan Georgiades and Lisa D. Cantu, respectively.

- John Sharp, sued in his official capacity as Chancellor of the Texas A&M University System, has since been succeeded as Chancellor by Glenn Hegar.

- Mark Welsh, III, sued in his official capacity as President of Texas A&M University, has since been succeeded as President by Dr. Susan Ballabina.

Page 2

Respectfully submitted.

/s/ William F. Cole

William F. Cole
Principal Deputy Solicitor General
*Counsel for Defendants-Appellants*

cc: all counsel of record (via CM/ECF)