# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 02, 2026

Mr. Zachary Berg
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

Mr. Christopher John Pavlinec
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548

Ms. Lanie Smith
U.S. District Court
Southern District of Texas
515 Rusk Street
Room 8004
Houston, TX 77002

Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman

Foundation for Individual Rights & Expression
510 Walnut Street
Suite 900
Philadelphia, PA 19106-3621

No. 25-20108 Texas A&M Queer Empower v. Mahomes
USDC No. 4:25-CV-992

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

---

Case No. 25-20108

---

Texas A&M Queer Empowerment Council,

Plaintiff - Appellee

v.

William Mahomes, in his official capacity as a member of the Board of Regents of the Texas A&M University System; Robert L. Albritton, in his official capacity as a member of the Board of Regents of the Texas A&M University System; David C. Baggett, in his official capacity as a member of the Board of Regents of the Texas A&M University System; James R. Brooks, in his official capacity as a member of the Board of Regents of the Texas A&M University System; John W. Bellinger, in his official capacity as a member of the Board of Regents of the Texas A&M University System; Jay Graham, in his official capacity as a member of the Board of Regents of the Texas A&M University System; Michael A. Hernandez, III, in his official capacity as a member of the Board of Regents of the Texas A&M University System; Kelley Sullivan Georgiades, in her official capacity as a member of the Board of Regents of the Texas A&M University System; Sam Torn, in his official capacity as a member of the Board of Regents of the Texas A&M University System; Lisa D. Cantu, in her official capacity as a member of the Board of Regents of the Texas A&M University System; Glenn Hegar, in his official capacity as Chancellor of the Texas A&M University System; Dr. Susan Ballabina, in her official capacity as President of Texas A&M University,

Defendants - Appellants