# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2026

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

No. 25-20108 Texas A&M Queer Empower v. Mahomes
USDC No. 4:25-CV-992

Dear Mr. Cole,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Zachary Berg
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman