# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 20, 2026

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

No. 25-20108 Texas A&M Queer Empower v. Mahomes
USDC No. 4:25-CV-992

Dear Mr. Cole,

You must submit 22 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Zachary Berg
Mr. JT Morris
Mr. Christopher John Pavlinec
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman