# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

**REVISED**

August 26, 2026

Mr. JT Morris
Foundation for Individual Rights & Expression (FIRE)
700 Pennsylvania Avenue, S.E.
Suite 340
Washington, DC 20003

No. 25-20108 Texas A&M Queer Empower v. Mahomes
USDC No. 4:25-CV-992

Dear Counsel,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

Charles Whitney

By: _________________________
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
Mr. Zachary Berg
Mr. William Francis Cole
Mr. Christopher John Pavlinec
Mr. Samuel Rudovsky
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman