# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 01, 2026

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

No. 25-20108 Texas A&M Queer Empowerment v. Mahomes
USDC No. 4:25-CV-992

Dear Mr. Cole,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

Melissa Mattingly

By: _________________________
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
Mr. Zachary Berg
Mr. Brian Klosterboer
Mr. JT Morris
Mr. Samuel Rudovsky
Mr. Martin Jonathan Siegel
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman