# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, JT Morris
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

25-20108 Texas A&M Queer Empowerment Council v. Mahomes, et al.
(Case Number) (Short Title)

is scheduled for oral argument at 9:00 AM (Time) on September 23, 2026 (Date) located in the

En Banc Courtroom, U.S. Court of Appeals for the Fifth Circuit
(Location)

/s/ JT Morris (Signature) 9/4/2026 (Date)

List all parties being represented for argument and select the party type

Texas A&M Queer Empowerment Council

☐ Appellant ☒ Appellee ☐ Cross Appellant ☐ Cross Appellee ☐ Amicus ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | JT Morris | 30* | 0* |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # ______

*This case is consolidated for oral argument with Case No. 26-10127, Spectrum WT v. Wendler. Counsel understands that because this case was first appealed, Spectrum WT is considered Appellee for oral argument purposes. In the event the Court affords Spectrum WT rebuttal, counsel reserves 4 minutes.

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

PRINT TO PDF RESET FORM