**No. 25-20108**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

TEXAS A&M QUEER EMPOWERMENT COUNCIL

*Plaintiff-Appellee,*

v.

WILLIAM MAHOMES, ET AL.

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division, No. 4:25-992,
Hon. Lee H. Rosenthal, U.S. District Judge

# MOTION FOR LEAVE TO FILE *EN BANC* BRIEF OF THE AMERICAN CIVIL LIBERTIES UNION OF TEXAS AND EQUALITY TEXAS AS AMICI CURIAE IN SUPPORT OF PLAINTIFF-APPELLEE

***Counsel for* Amici Curiae ACLU of Texas and Equality Texas**

Brian Klosterboer
Charelle Lett
Chloe Kempf
Thomas Buser-Clancy
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
(346) 299-6811
bklosterboer@aclutx.org

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

**Case Number and Style**: 25-20108, *Texas A&M Queer Empowerment Council v. Mahomes*

The undersigned counsel of record adopts Plaintiff-Appellee's certificate of interested persons and supplements it to certify that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**1. *Amici-Curiae***

ACLU of Texas
Equality Texas

**2. Counsel for *All Amici-Curiae***

Brian Klosterboer
Charelle Lett
Chloe Kempf
Thomas Buser-Clancy

Respectfully,

*/s/ Brian Klosterboer*
Brian Klosterboer
*Counsel of Record for*
All Amici Curiae

# MOTION FOR LEAVE

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, Amici Curiae the American Civil Liberties Union of Texas ("ACLU of Texas") and Equality Texas hereby move the Court for leave to file a brief as Amici Curiae in support of Plaintiff-Appellee. The proposed brief of Amici is attached to this Motion as **Exhibit A**.

The American Civil Liberties Union of Texas ("ACLU of Texas") is a nonpartisan, nonprofit organization with thousands of members and supporters across the State. Equality Texas engages, educates and undertakes policy advocacy to secure full equality for LGBTQIA+ Texans. *See* Exhibit A.

This amicus brief is desirable and will aid the Court in resolving matters relevant to this case because it concerns the proper scope and legal standards under the First Amendment, and the history, context, and messages of drag performances. Because these issues are central to this appeal and fall within Amici's areas of expertise, this brief will assist the Court in fully and carefully resolving these issues. Consistent with Fifth Circuit Rule 29.2, this brief provides the Court with context and case law that is not mentioned or adequately discussed in Appellant's Brief.

Amici conferred with counsel for both Parties, who do not oppose the submission of this brief. For these reasons, Amici Curiae respectfully request that the Court grant leave to file the attached Amicus brief in support of Plaintiff-Appellee.

DATED: September 3, 2026

Respectfully submitted,

*/s/ Brian Klosterboer*
Brian Klosterboer
Charelle Lett
Chloe Kempf
Thomas Buser-Clancy

Counsel for *Amici Curiae* ACLU of Texas and Equality Texas

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
OF TEXAS
P.O. Box 8306
Houston, TX 77288
bklosterboer@aclutx.org
ckempf@aclutx.org
bklosterboer@aclutx.org
tbuser-clancy@aclutx.org
apinon@aclutx.org

## CERTIFICATE OF CONFERENCE

Pursuant to 5th Cir. R. 27.4, I certify that I conferred with counsel for the Parties regarding the relief requested in this motion. Counsel for Plaintiff-Appellee and Defendants-Appellants informed me that they do not oppose the filing of this Amicus brief.

*/s/ Brian Klosterboer*
Brian Klosterboer
*Counsel of Record for*
Amicus Curiae
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2026, a true and corrected copy of the foregoing was filed electronically using the CM/ECF system, which served counsel for the parties.

*/s/ Brian Klosterboer*
Brian Klosterboer

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 229 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Georgia font.

*/s/ Brian Klosterboer*
Brian Klosterboer

## CERTIFICATIONS UNDER ECF FILING STANDARDS

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; and (2) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Brian Klosterboer*
Brian Klosterboer