# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 10, 2026

Mr. Martin Jonathan Siegel
Law Offices of Martin J. Siegel, P.C.
2222 Dunstan Road
Houston, TX 77002

No. 25-20108 Texas A&M Queer Empowerment v. Mahomes
USDC No. 4:25-CV-992

Dear Mr. Siegel,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Please make sure the paper copies submitted have the CM/ECF filing header at the top of the page.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
Mr. Zachary Berg
Mr. William Francis Cole
Mr. Brian Klosterboer
Mr. JT Morris
Mr. Samuel Rudovsky
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman