# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 10, 2026
Lyle W. Cayce
Clerk

No. 25-20108

Texas A&M Queer Empowerment Council,

*Plaintiff—Appellee*,

*versus*

William Mahomes, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Robert L. Albritton, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; David C. Baggett, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; James R. Brooks, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; John W. Bellinger, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Jay Graham, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Michael A. Hernandez, III, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Kelley Sullivan Georgiades, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Sam Torn, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Lisa D. Cantu, *in his official capacity as a member of the Board of Regents of the Texas A&M University System*; Glenn Hegar, *in his official capacity as Chancellor of the Texas A&M University System*; Susan Ballabina, *in his official capacity as President of Texas A&M University*,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-992

---

ORDER:

IT IS ORDERED that the motion of the ACLU and Equality Texas for leave to file an amicus brief is GRANTED.

/s/ Jennifer W. Elrod
JENNIFER WALKER ELROD
*United States Circuit Judge*