# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 10, 2026

Mr. Brian Klosterboer
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288

No. 25-20108 Texas A&M Queer Empowerment v. Mahomes
USDC No. 4:25-CV-992

Dear Mr. Klosterboer,

You must submit the 22 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Because this case is expedited, please be sure the paper copies are delivered by 9/15/26, not postmarked by 9/15/26.

Sincerely,

LYLE W. CAYCE, Clerk

By: Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

cc:
Mr. Zachary Berg
Mr. William Francis Cole
Mr. JT Morris
Mr. Samuel Rudovsky
Mr. Martin Jonathan Siegel
Mr. Adam Steinbaugh
Mr. Jeffrey Daniel Zeman